UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 24-1759

CARL E. RODGERS,
Appellant

v.

PENNSYLVANIA STATE POLICE; JEFFREY STINE;
DEAN SHIPE; SCOTT DENISCH; SEAN MOYER;
MARK MAGYAR; JOHN DOES

(M.D. Pa. No. 1:20-cv-02115)

Before: PHIPPS, FREEMAN, and CHUNG, Circuit Judges

_____ORDER_____

Due to typographical errors in the opinion, as further outlined below, an amended opinion will be issued to correct said errors. At footnote 5, the text "Camiolo governs our analysis and it forecloses Rodgers' argument" has been added to the end of the footnote as it was inadvertently omitted in the published opinion. "Rodgers's" at the end of page 4 of the opinion has been changed to "Rogers'". No other amendments were made. The Clerk is directed to file the amended opinion. As these changes do not affect the judgment, the judgment will remain as filed.

By the Court,

s/ Cindy K. Chung
Circuit Judge

Dated: March 7, 2025
Tmm/cc: Christopher E. Fisher, Esq.
    Joseph G. Muzic Jr., Esq.
    Michael J. Scarinci, Esq